# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO SOLARES,** | CASE NO. 17-cv-01262-YGR |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| | Re: Dkt. No. 17 |
| **SHAWN HATTON,** | |
| Defendant. | |

Pursuant to the Order denying the petition for writ of habeas corpus entered January 30, 2019 (Dkt. No. 17), judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of the petition.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 30, 2019

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**